United States Court for the District of Utah

Kelly S McEntire
Plaintiff

RECEIVED CLERK
APR 02 2012
U.S. DISTRICT COURT

Case: 2:12-cv-00320
Assigned To : Kimball, Dale A.
Assign. Date : 04/03/2012
Description: McEntire v. Federal Investment Management et al

Defendants
Federal Investment Managers
America First Credit Union

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
APR 03 2012
D. MARK JONES, CLERK
BY ___ DEPUTY CLERK

The Defendants have been sued by the plaintiffs have in order to get a copy of my Federal Tax Id. Number

They have also refused to send me the proper W2 so that I can file my Taxes.

Ask for an Injunction against Defendants to force them to apply for extension on their Taxes

Defendants are trying to steal my deceased wife's Trust Fund.

I am the owner under Federal Law and I have paid the Taxes on the Trust this year.

In Appeal of Case # 06-cv-00135

Defendants told plaintiff that a settlement was offered back in 2006 when in fact the denied any settlement based on my use of Medications - Use power of attorney

Kelly S McEntire