To: Court Clerk
From: Kelly S McEntire
Date: 11 April 2012

Subject: Withdrawal

RECEIVED CLERK
APR 16 2012
U.S. DISTRICT COURT

I have worked on this abusive Trust for 10 years.
In order to save my physical and mental health, I have to withdraw from Case # 2:12-CV-00320 DAK.

I am sorry that I have not been successful in aiding the Federal Government and myself in the resolution of this issue.

But I don't see any end in sight.

Thank You

[signature]

Kelly S Martire
670 South Park
Shelley, Id 83274

United States Court for the Utah District
office of the Clerk
350 South Main Street
Salt Lake City, Utah 84101-2180

84101-2180